WARING *against* YATES, GENTLEMAN, ONE OF THE
ATTORNEYS, &c.

WARING
v.
YATES.

THIS was an action of *assumpsit.* The *bill* against the de- *Where a dec-*
fendant, who was an attorney of this court, was filed in vacation, as *titled general-*
of the first *Monday* of *August* term, 1812, and stated the promise *ly of a prece-*
or assumption of the defendant, to be on the 1st *September*, 1812. *the promise or*
The defendant pleaded, that on the second day of *September*, *tion is laid on*
1812, he delivered to the plaintiff a bank check, which had been *a day subse-*
paid, and which the plaintiff accepted and received in full satisfac- *bad, on gene-*
tion, &c. The plaintiff replied that the defendant did not deliver *There should*
to the plaintiff the check, &c. in full satisfaction and discharge, *memoran-*
&c. The defendant demurred to the replication, and the plaintiff *dum, in such*
joined in demurrer. *the declara-*
*tion of the day*
*on which it is*
*filed.*

*J. Hamilton*, in support of the demurrer, contended, 1. That
the replication was bad, as it traversed only the *delivery* of the
check, and not the *payment* of .it in satisfaction, which was the
material part of the plea. (1 *Chitty*, 573. *Bac. Abr. Accord,
C. Com. Dig. Accord*, 6.)

2. That the declaration was bad, as it appeared from the record,
that the bill was filed in *August* last, and the promise and request
to pay were laid to have been made in *September* following. (1
*Chitty's Pl.* 264. 268. 1 *Term Rep.* 116. 7 *Term Rep.* 474.
8 *Term Rep.* 679. 2 *Saund.* 291. n. 1.).

*Parker*, contra, insisted, that the second objection was matter
of form, and could not be taken advantage of on a general de-
murrer; and that the replication was good, according to the pre-
cedents. (1 *Lill. Ent.* 105, 106.)

*Per Curiam.* The second objection is fatal. The declara-
tion is bad on general demurrer.* It was so decided in *Cheetham* * 1 *Tidd's*
v. *Lewis.* (3 *Johns. Rep.* 42.) There should have been a spe- *Pr.* 767. 1
cial memorandum in this case, entitling the declaration of the day *Chitty's Pl.*
on which it was filed, and subsequent to the time when the cause *259. 263, 264,*
of action accrued. The defendant is entitled to judgment, but he *265.*
has leave to withdraw the demurrer, and the plaintiff may amend
on payment of costs.

Judgment for the defendant.